# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARMON, DAVID C | § | Case No. 10-41228 |
| HARMON, CAREYANN L | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

        Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRADLEY J. WALLER_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 10-41228 | BB | Judge: BRUCE W. BLACK |
| Case Name: | HARMON, DAVID C | | |
| | HARMON, CAREYANN L | | |
| For Period Ending: 02/21/12 | | | |

| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 09/15/10 (f) |
| 341(a) Meeting Date: | 10/19/10 |
| Claims Bar Date: | 01/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate located at 24890 2200 East, Street i | 99,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking Account # ***9426 @ Citizens First | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Household furniture and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 1998 Cadillac DeVille with 103,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2004 Chrysler Pacifica with 113,000 miles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 2009 Cub Cadet, 54" | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Preference (u) | 8,500.00 | 5,000.00 | | 5,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                     $117,250.00          $5,000.00                               $5,000.09          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-41228    BB    Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HARMON, DAVID C | Date Filed (f) or Converted (c): | 09/15/10 (f) |
| | HARMON, CAREYANN L | 341(a) Meeting Date: | 10/19/10 |
| | | Claims Bar Date: | 01/21/11 |

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-41228  -BB |
| Case Name: | HARMON, DAVID C |
| | HARMON, CAREYANN L |
| Taxpayer ID No: | *******2984 |
| For Period Ending: | 02/21/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7065  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | 9 | David C. Harmon | per court order of January 28, 2011 | 1241-000 | 2,500.00 | | 2,500.00 |
| | | Careyann Harmon | DEPOSIT CHECK #2410 | | | | |
| | | 2953 Mauro Avenue | | | | | |
| | | LaSalle, IL  61301 | | | | | |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,500.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,500.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,500.05 |
| 07/18/11 | 9 | David C. Harmon | Per court order of  January 28, 2011 | 1241-000 | 2,500.00 | | 5,000.05 |
| | | Careyann Harmon | DEPOSIT CHECK #2444 | | | | |
| | | 2953 Mauro AVenue | | | | | |
| | | LaSalle, IL  61301 | | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,000.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.34 | 4,993.73 |
| 08/19/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 4,993.75 |
| 08/19/11 | | To Acct #*******7066 | | 9999-000 | | 4,993.75 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,000.09 | 5,000.09 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,993.75 | |
| Subtotal | 5,000.09 | 6.34 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.09 | 6.34 | |

Page Subtotals        5,000.09        5,000.09

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41228  -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HARMON, DAVID C | | Bank Name: | The Bank of New York Mellon |
| | HARMON, CAREYANN L | | Account Number / CD #: | *******7066  Checking Account |
| Taxpayer ID No: | *******2984 | | | |
| For Period Ending: | 02/21/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/11 | | From Acct #*******7065 | | 9999-000 | 4,993.75 | | 4,993.75 |
| 01/26/12 | | Transfer to Acct #*******3341 | Bank Funds Transfer | 9999-000 | | 4,993.75 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,993.75 | 4,993.75 | 0.00 |
| Less:  Bank Transfers/CD's | 4,993.75 | 4,993.75 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                4,993.75              4,993.75

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-41228  -BB |
| Case Name: | HARMON, DAVID C |
| | HARMON, CAREYANN L |
| Taxpayer ID No: | *******2984 |
| For Period Ending: | 02/21/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3341  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7066 | Bank Funds Transfer | 9999-000 | 4,993.75 | | 4,993.75 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 4,993.75 | 0.00 | 4,993.75 |
| Less:  Bank Transfers/CD's | | 4,993.75 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7065 | 5,000.09 | 6.34 | 0.00 |
| Checking Account - ********7066 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********3341 | 0.00 | 0.00 | 4,993.75 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.09 | 6.34 | 4,993.75 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,993.75     0.00

\*
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 10-41228 | | Claim Class Sequence | | | |
| Debtor Name: | HARMON, DAVID C | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Administrative | | $106.00 | $0.00 | $106.00 |
| 200<br>2100-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Administrative | | $1,250.01 | $0.00 | $1,250.01 |
| 1<br>610<br>7100-00 | American Infosource Lp As Agent for<br>Wfnnb<br>As Assignee of<br>Fashion Bug,PO Box 248872<br>Oklahoma City, OK  73124-8872 | Unsecured | | $2,398.07 | $0.00 | $2,398.07 |
| 2<br>610<br>7100-00 | Physician Services of MCH<br>1315 Memorial Dr<br>Mendota, IL  61342-1447 | Unsecured | | $100.00 | $0.00 | $100.00 |
| 3<br>610<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK  73124 | Unsecured | | $5,775.54 | $0.00 | $5,775.54 |
| 4<br>610<br>7100-00 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX  75374 | Unsecured | | $475.48 | $0.00 | $475.48 |
| 5<br>610<br>7100-00 | Peru Medical Center<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $464.32 | $0.00 | $464.32 |
| 6<br>610<br>7100-00 | Hospital Radiology<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $951.50 | $0.00 | $951.50 |
| 7<br>610<br>7100-00 | Illinois Valley Community Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $7,479.67 | $0.00 | $7,479.67 |
| 8<br>610<br>7100-00 | Illinois Valley Pathologist<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $99.33 | $0.00 | $99.33 |
| 9<br>610<br>7100-00 | Insight Communications<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $228.38 | $0.00 | $228.38 |

Page 2

*
ANALYSIS OF CLAIMS REGISTER

Date: February 21, 2012

Case Number:   10-41228
Debtor Name:   HARMON, DAVID C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>610<br>7100-00 | Ruben Santos MD<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $279.13 | $0.00 | $279.13 |
| 11<br>610<br>7100-00 | Hometown National Bank<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $595.28 | $0.00 | $595.28 |
| 12<br>610<br>7100-00 | St Margarets Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $856.93 | $0.00 | $856.93 |
| 13<br>610<br>7100-00 | Perry Home Medical Supply<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $384.56 | $0.00 | $384.56 |
| 14<br>610<br>7100-00 | Eye Care Professionals<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $87.83 | $0.00 | $87.83 |
| 15<br>610<br>7100-00 | Perry Memorial Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $332.95 | $0.00 | $332.95 |
| 16<br>610<br>7100-00 | J's Video & TV<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL  61301 | Unsecured | | $293.89 | $0.00 | $293.89 |
| 17<br>610<br>7100-00 | Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford, IL  61108 | Unsecured | | $100.00 | $0.00 | $100.00 |
| 18<br>620<br>7200-00 | CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX  75014-0489 | Unsecured | | $5,267.13 | $0.00 | $5,267.13 |
| | Case Totals: | | | $27,526.00 | $0.00 | $27,526.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41228
Case Name: HARMON, DAVID C
        HARMON, CAREYANN L
Trustee Name: BRADLEY J. WALLER

      Balance on hand                                   $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses     $_____

     Remaining Balance                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | $ | $ | $ |
| 2 | Physician Services of MCH | $ | $ | $ |
| 3 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 4 | Chase Bank USA,N.A. | $ | $ | $ |
| 5 | Peru Medical Center | $ | $ | $ |
| 6 | Hospital Radiology | $ | $ | $ |
| 7 | Illinois Valley Community Hospital | $ | $ | $ |
| 8 | Illinois Valley Pathologist | $ | $ | $ |
| 9 | Insight Communications | $ | $ | $ |
| 10 | Ruben Santos MD | $ | $ | $ |
| 11 | Hometown National Bank | $ | $ | $ |
| 12 | St Margarets Hospital | $ | $ | $ |
| 13 | Perry Home Medical Supply | $ | $ | $ |
| 14 | Eye Care Professionals | $ | $ | $ |
| 15 | Perry Memorial Hospital | $ | $ | $ |
| 16 | J's Video & TV | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Rockford Mercantile Agency Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | CitiFinancial, Inc | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE