# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>HARMON, DAVID C<br>HARMON, CAREYANN L<br><br>Debtor(s) | Case No. 10-41228 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

>CLERK OF THE UNITED STATES BANKRUPTCY COURT
>NORTHERN DISTRICT OF IL/EASTERN DIVISION
>219 S. DEARBORN STREET
>CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,

>Will County Court Annex
>57 N. Ottawa
>Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                    By: /s/ Bradley J. Waller
                                                    Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HARMON, DAVID C § Case No. 10-41228
HARMON, CAREYANN L §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.09 |
| and approved disbursements of | $ | 6.34 |
| leaving a balance on hand of[1] | $ | 4,993.75 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,250.01 | $ 0.00 | $ 1,250.01 |
| Trustee Expenses: BRADLEY J. WALLER | $ 106.00 | $ 0.00 | $ 106.00 |

Total to be paid for chapter 7 administrative expenses   $   1,356.01
Remaining Balance   $   3,637.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,902.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | $ 2,398.07 | $ 0.00 | $ 417.34 |
| 2 | Physician Services of MCH | $ 100.00 | $ 0.00 | $ 17.40 |
| 3 | American InfoSource LP as agent for Citibank N.A. | $ 5,775.54 | $ 0.00 | $ 1,005.12 |
| 4 | Chase Bank USA,N.A. | $ 475.48 | $ 0.00 | $ 82.75 |
| 5 | Peru Medical Center | $ 464.32 | $ 0.00 | $ 80.81 |
| 6 | Hospital Radiology | $ 951.50 | $ 0.00 | $ 165.59 |
| 7 | Illinois Valley Community Hospital | $ 7,479.67 | $ 0.00 | $ 1,301.69 |
| 8 | Illinois Valley Pathologist | $ 99.33 | $ 0.00 | $ 17.29 |
| 9 | Insight Communications | $ 228.38 | $ 0.00 | $ 39.75 |
| 10 | Ruben Santos MD | $ 279.13 | $ 0.00 | $ 48.57 |
| 11 | Hometown National Bank | $ 595.28 | $ 0.00 | $ 103.60 |
| 12 | St Margarets Hospital | $ 856.93 | $ 0.00 | $ 149.13 |
| 13 | Perry Home Medical Supply | $ 384.56 | $ 0.00 | $ 66.93 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Eye Care Professionals | $ 87.83 | $ 0.00 | $ 15.28 |
| 15 | Perry Memorial Hospital | $ 332.95 | $ 0.00 | $ 57.94 |
| 16 | J's Video & TV | $ 293.89 | $ 0.00 | $ 51.15 |
| 17 | Rockford Mercantile Agency Inc | $ 100.00 | $ 0.00 | $ 17.40 |

Total to be paid to timely general unsecured creditors      $           3,637.74

Remaining Balance                                           $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,267.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | CitiFinancial, Inc | $ 5,267.13 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $               0.00

Remaining Balance                                           $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                                              Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

UST Form 101-7-NFR (5/1/2011) (Page: 4)

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-41228   Doc 36   Filed 03/19/12   Entered 03/19/12 13:39:01   Desc Main
Case 10-41228   Doc 14   Filed 10/23/10   Entered 10/23/10 23:29:08   Desc Imaged
Certificate of Service   Page 5 of 5

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 1             Date Rcvd: Oct 21, 2010
Case: 10-41228                Form ID: ntcftfc7          Total Noticed: 29

The following entities were noticed by first class mail on Oct 23, 2010.
db/jdb         +David C Harmon,    Careyann L Harmon,    2953 Mauro Ave,    LaSalle, IL 61301-9765
aty            +William T Surin,   Armstrong & Surin,    724 Columbus St,    Ottawa, IL 61350-5083
tr             +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
16134974        AmerenIP,    c/o State Collection Service Inc,    PO Box 6250,    Madison WI 53716-0250
16134975       +Central Illinois Pathology SC,    PO Box 1259,    Oaks PA 19456-1259
16134977       +CitiFinancial,    7108 West Cermak Rd,    Berwyn IL 60402-2108
16134976        Citibank/Zales,    c/o Midland Credit Management,    PO Box 60578,    Los Angeles CA 90060-0578
16134978       +Community Lenders,    1011 Shooting Park Rd,    Peru IL 61354-1970
16134979        Emergency Dept Consultants - ST,    c/o Finance System of Toledo Inc,    2821 N Holland-Sylvania Rd,
                 PO Box 351297,    Toledo OH 43635-1297
16134981       +Heights Finance,    409 S Main St,    Princeton IL 61356-2004
16134982        Home Depot Credit Services,    Processing Center,    Des Moines IA 50364-0500
16134983       +Hospital Radiology Service SC,    8 West US Hwy 6,    Peru IL 61354-2900
16134984       +Illinois Valley Community Hospital,    925 West St,    Peru IL 61354-2799
16134987       +Northern Partners Cooperative,    PO Box 560,    Mendota IL 61342-0560
16134988       +Perry Home Medical Supply,    c/o Collection Professionals Inc,    715 First St,
                 LaSalle IL 61301
16134990       +Perry Memorial Hospital,    530 Park Ave E,    Princeton IL 61356-2598
16134989       +Perry Memorial Hospital,    530 Park Avenue East,    Princeton IL 61356-2598
16134992        Physician Services of MCH,    1315 Memorial Dr,    Mendota IL 61342-1447
16134991       +Physician Services of MCH,    c/o Rockford Mercantile Agency Inc,    2502 S Alpine Rd,
                 Rockford IL 61108-7813
16134993       +Rakesh K Garg, MD,    4231 Progress Blvd,    Peru IL 61354-1193
16134994       +Saint Francis Medical Center,    530 NE Glen Oak Ave,    Peoria IL 61637-0002
16134995        St Francis Medical Center,    c/o Afni Inc,    PO Box 3517,    Bloomingto IL 61702-3517
16134998        Wells Fargo Financial Cards,    PO Box 98795,    Las Vegas NV 89193-8795
16134999        Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream IL 60197-5296
The following entities were noticed by electronic transmission on Oct 21, 2010.
16134980        EDI: WFNNB.COM Oct 21 2010 19:13:00       Fashion Bug,    PO Box 659728,
                 San Antonio TX 78265-9728
16134985        EDI: CBSKOHLS.COM Oct 21 2010 19:13:00       Kohl’s Payment Center,    PO Box 2983,
                 Milwaukee WI 53201-2983
16134986       +EDI: HFC.COM Oct 21 2010 19:13:00       Menards,   HSBC,    Payment Processing Center,    PO Box 5243,
                 Carol Stream IL 60197-5243
16134996        EDI: AFNIVZCOMBINED.COM Oct 21 2010 19:13:00       Verizon,    PO Box 9688,
                 Mission HIlls CA 91346-9688
16134997        EDI: WFFC.COM Oct 21 2010 19:13:00       Wells Fargo,    PO Box 29704,    Phoenix AZ 85038-9704
                                                                                                TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2010                    Signature:    _Joseph Speetjens_