UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HARMON, DAVID C | § | Case No. 10-41228 |
| HARMON, CAREYANN L | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012     By: /s/ Bradley J. Waller
                                            Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:

HARMON, DAVID C
HARMON, CAREYANN L

Case No. 10-41228

Debtor(s)

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.09 |
| and approved disbursements of | $ | 6.34 |
| leaving a balance on hand of[1] | $ | 4,993.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,250.01 | $ 0.00 | $ 1,250.01 |
| Trustee Expenses: BRADLEY J. WALLER | $ 106.00 | $ 0.00 | $ 106.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,356.01 |
| Remaining Balance | $ 3,637.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,902.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | $ 2,398.07 | $ 0.00 | $ 417.34 |
| 2 | Physician Services of MCH | $ 100.00 | $ 0.00 | $ 17.40 |
| 3 | American InfoSource LP as agent for Citibank N.A. | $ 5,775.54 | $ 0.00 | $ 1,005.12 |
| 4 | Chase Bank USA,N.A. | $ 475.48 | $ 0.00 | $ 82.75 |
| 5 | Peru Medical Center | $ 464.32 | $ 0.00 | $ 80.81 |
| 6 | Hospital Radiology | $ 951.50 | $ 0.00 | $ 165.59 |
| 7 | Illinois Valley Community Hospital | $ 7,479.67 | $ 0.00 | $ 1,301.69 |
| 8 | Illinois Valley Pathologist | $ 99.33 | $ 0.00 | $ 17.29 |
| 9 | Insight Communications | $ 228.38 | $ 0.00 | $ 39.75 |
| 10 | Ruben Santos MD | $ 279.13 | $ 0.00 | $ 48.57 |
| 11 | Hometown National Bank | $ 595.28 | $ 0.00 | $ 103.60 |
| 12 | St Margarets Hospital | $ 856.93 | $ 0.00 | $ 149.13 |
| 13 | Perry Home Medical Supply | $ 384.56 | $ 0.00 | $ 66.93 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Eye Care Professionals | $ 87.83 | $ 0.00 | $ 15.28 |
| 15 | Perry Memorial Hospital | $ 332.95 | $ 0.00 | $ 57.94 |
| 16 | J's Video & TV | $ 293.89 | $ 0.00 | $ 51.15 |
| 17 | Rockford Mercantile Agency Inc | $ 100.00 | $ 0.00 | $ 17.40 |

Total to be paid to timely general unsecured creditors   $   3,637.74

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,267.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | CitiFinancial, Inc | $ 5,267.13 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $   0.00

Remaining Balance   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: ccabrales              Page 1 of 1              Date Rcvd: Oct 21, 2010
Case: 10-41228                    Form ID: ntcftfc7            Total Noticed: 29
```

The following entities were noticed by first class mail on Oct 23, 2010.
```
db/jdb      +David C Harmon,    Careyann L Harmon,    2953 Mauro Ave,    LaSalle, IL 61301-9765
aty         +William T Surin,    Armstrong & Surin,    724 Columbus St,    Ottawa, IL 61350-5083
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
16134974     AmerenIP,    c/o State Collection Service Inc,     PO Box 6250,    Madison WI 53716-0250
16134975    +Central Illinois Pathology SC,    PO Box 1259,    Oaks PA 19456-1259
16134977    +CitiFinancial,    7108 West Cermak Rd,    Berwyn IL 60402-2108
16134976     Citibank/Zales,    c/o Midland Credit Management,     PO Box 60578,    Los Angeles CA 90060-0578
16134978    +Community Lenders,    1011 Shooting Park Rd,    Peru IL 61354-1970
16134979     Emergency Dept Consultants - ST,    c/o Finance System of Toledo Inc,    2821 N Holland-Sylvania Rd,
              PO Box 351297,    Toledo OH 43635-1297
16134981    +Heights Finance,    409 S Main St,    Princeton IL 61356-2004
16134982     Home Depot Credit Services,    Processing Center,    Des Moines IA 50364-0500
16134983    +Hospital Radiology Service SC,    8 West US Hwy 6,    Peru IL 61354-2900
16134984    +Illinois Valley Community Hospital,    925 West St,    Peru IL 61354-2799
16134987    +Northern Partners Cooperative,    PO Box 560,    Mendota IL 61342-0560
16134988    +Perry Home Medical Supply,    c/o Collection Professionals Inc,    715 First St,
              LaSalle IL 61301
16134990    +Perry Memorial Hospital,    530 Park Ave E,    Princeton IL 61356-2598
16134989    +Perry Memorial Hospital,    530 Park Avenue East,    Princeton IL 61356-2598
16134992     Physician Services of MCH,    1315 Memorial Dr,    Mendota IL 61342-1447
16134991    +Physician Services of MCH,    c/o Rockford Mercantile Agency Inc,    2502 S Alpine Rd,
              Rockford IL 61108-7813
16134993    +Rakesh K Garg, MD,    4231 Progress Blvd,    Peru IL 61354-1193
16134994    +Saint Francis Medical Center,    530 NE Glen Oak Ave,    Peoria IL 61637-0002
16134995     St Francis Medical Center,    c/o Afni Inc,    PO Box 3517,    Bloomingto IL 61702-3517
16134998     Wells Fargo Financial Cards,    PO Box 98795,    Las Vegas NV 89193-8795
16134999     Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream IL 60197-5296
```

The following entities were noticed by electronic transmission on Oct 21, 2010.
```
16134980      EDI: WFNNB.COM Oct 21 2010 19:13:00      Fashion Bug,    PO Box 659728,
               San Antonio TX 78265-9728
16134985      EDI: CBSKOHLS.COM Oct 21 2010 19:13:00      Kohl's Payment Center,    PO Box 2983,
               Milwaukee WI 53201-2983
16134986     +EDI: HFC.COM Oct 21 2010 19:13:00      Menards,   HSBC,    Payment Processing Center,    PO Box 5243,
               Carol Stream IL 60197-5243
16134996      EDI: AFNIVZCOMBINED.COM Oct 21 2010 19:13:00      Verizon,    PO Box 9688,
               Mission HIlls CA 91346-9688
16134997      EDI: WFFC.COM Oct 21 2010 19:13:00      Wells Fargo,    PO Box 29704,    Phoenix AZ 85038-9704
                                                                                               TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2010                   Signature:    _Joseph Speetjens_

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 10-41228-BWB
David C Harmon                                              Chapter 7
Careyann L Harmon
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales             Page 1 of 3                   Date Rcvd: Mar 20, 2012
                              Form ID: pdf006             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2012.
db/jdb       +David C Harmon,    Careyann L Harmon,    2953 Mauro Ave,    LaSalle, IL 61301-9765
16134974      AmerenIP,   c/o State Collection Service Inc,    PO Box 6250,    Madison   WI  53716-0250
16319830      American Infosource Lp As Agent for Wfnnb,     As Assignee of,   Fashion Bug,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16394869     +Associated Anesthesiologists,    POB 989,   Peoria, IL 61653-0989
16134975     +Central Illinois Pathology SC,    PO Box 1259,   Oaks   PA 19456-1259
16523092     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
16823376      CitiFinancial, Inc,    P.O. Box 140489,   Irving, TX 75014-0489
16134978     +Community Lenders,    1011 Shooting Park Rd,   Peru   IL 61354-1971
16524535     +Eye Care Professionals,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16134980      Fashion Bug,   PO Box 659728,    San Antonio  TX  78265-9728
16134981     +Heights Finance,    409 S Main St,   Princeton  IL 61356-2004
16134982      Home Depot Credit Services,    Processing Center,   Des Moines   IA  50364-0500
16524532     +Hometown National Bank,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16524527     +Hospital Radiology,    c/o Collection Professionals Inc.,    P.O. Box 416,   Lasalle, IL 61301-0416
16134983     +Hospital Radiology Service SC,    8 West US Hwy 6,   Peru   IL 61354-2943
16134984     +Illinois Valley Community Hospital,    925 West St,   Peru   IL 61354-2799
16524528     +Illinois Valley Community Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16524529     +Illinois Valley Pathologist,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16524530     +Insight Communications,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16524537     +J's Video & TV,    c/o Collection Professionals Inc.,    P.O. Box 416,   Lasalle, IL 61301-0416
16134986     +Menards,   HSBC,    Payment Processing Center,   PO Box 5243,    Carol Stream  IL 60197-5243
16134987     +Northern Partners Cooperative,    PO Box 560,   Mendota  IL 61342-0560
16524534     +Perry Home Medical Supply,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16134988     +Perry Home Medical Supply,    c/o Collection Professionals Inc,    715 First St,
               LaSalle  IL 61301
16134990     +Perry Memorial Hospital,    530 Park Ave E,   Princeton  IL 61356-2598
16134989     +Perry Memorial Hospital,    530 Park Avenue East,   Princeton  IL 61356-2598
16524536     +Perry Memorial Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16524526     +Peru Medical Center,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16134992      Physician Services of MCH,    1315 Memorial Dr,   Mendota   IL  61342-1447
16134991     +Physician Services of MCH,    c/o Rockford Mercantile Agency Inc,    2502 S Alpine Rd,
               Rockford   IL 61108-7813
16134993     +Rakesh K Garg, MD,    4231 Progress Blvd,   Peru  IL 61354-1193
16635070     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
16524531     +Ruben Santos MD,    c/o Collection Professionals Inc.,    P.O. Box 416,   Lasalle, IL 61301-0416
16134994     +Saint Francis Medical Center,    530 NE Glen Oak Ave,    Peoria  IL 61637-0002
16524533     +St Margarets Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
16134997      Wells Fargo,    PO Box 29704,   Phoenix  AZ  85038-9704
16134999      Wells Fargo Home Mortgage,    PO Box 5296,   Carol Stream   IL  60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17542512      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16434216      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
16134977     +E-mail/Text: michael.j.walters@citi.com Mar 21 2012 03:08:12      CitiFinancial,
               7108 West Cermak Rd,    Berwyn  IL 60402-2121
16134976      E-mail/Text: brenden.magnino@mcmcg.com Mar 21 2012 01:39:01      Citibank/Zales,
               c/o Midland Credit Management,    PO Box 60578,   Los Angeles CA 90060-0578
16134979      E-mail/Text: CGreen@fst1952.com Mar 21 2012 02:29:08      Emergency Dept Consultants - ST,
               c/o Finance System of Toledo Inc,    2821 N Holland-Sylvania Rd,    PO Box 351297,
               Toledo  OH  43635-1297
16134985      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 21 2012 01:37:57       Kohl's Payment Center,
               PO Box 2983,   Milwaukee  WI  53201-2983
16134995      E-mail/PDF: recoverybankruptcy@afninet.com Mar 21 2012 02:47:24       St Francis Medical Center,
               c/o Afni Inc,    PO Box 3517,   Bloomingto  IL  61702-3517
16134996      E-mail/PDF: bankruptcyverizoncom@afni.com Mar 21 2012 02:47:29       Verizon,   PO Box 9688,
               Mission HIlls  CA  91346-9688
                                                                                              TOTAL: 8
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 3              Date Rcvd: Mar 20, 2012
                              Form ID: pdf006            Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16134998    ##Wells Fargo Financial Cards,   PO Box 98795,   Las Vegas  NV  89193-8795
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                   **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales            Page 3 of 3            Date Rcvd: Mar 20, 2012
                               Form ID: pdf006            Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2012 at the address(es) listed below:
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor  Wells Fargo Auto Finance, Inc., Servicer For Wells Fargo
               Bank, N.A., its successors and/or assigns Courts@tmlong.com
              William T Surin    on behalf of Debtor David Harmon aslaw@mchsi.com,   aslaw@mchsi.com
                                                                                             TOTAL: 4