# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
HARMON, DAVID C § Case No. 10-41228
HARMON, CAREYANN L §
§
　　　　Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　3) Total gross receipts of $　　　 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　 (see **Exhibit 2**), yielded net receipts of $　　　 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 4 | CHASE BANK USA,N.A. | | | | | |
| 14 | EYE CARE PROFESSIONALS | | | | | |
| 11 | HOMETOWN NATIONAL BANK | | | | | |
| 6 | HOSPITAL RADIOLOGY | | | | | |
| 7 | ILLINOIS VALLEY COMMUNITY HOSPITAL | | | | | |
| 8 | ILLINOIS VALLEY PATHOLOGIST | | | | | |
| 9 | INSIGHT COMMUNICATIONS | | | | | |
| 16 | J'S VIDEO & TV | | | | | |
| 13 | PERRY HOME MEDICAL SUPPLY | | | | | |
| 15 | PERRY MEMORIAL HOSPITAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | PERU MEDICAL CENTER | | | | | |
| 2 | PHYSICIAN SERVICES OF MCH | | | | | |
| 17 | ROCKFORD MERCANTILE AGENCY INC | | | | | |
| 10 | RUBEN SANTOS MD | | | | | |
| 12 | ST MARGARETS HOSPITAL | | | | | |
| 18 | CITIFINANCIAL, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 10-41228 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: HARMON, DAVID C | Date Filed (f) or Converted (c): | 09/15/10 (f) |
| HARMON, CAREYANN L | 341(a) Meeting Date: | 10/19/10 |
| For Period Ending: 05/09/12 | Claims Bar Date: | 01/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 24890 2200 East, Street i | 99,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking Account # ***9426 @ Citizens First | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Household furniture and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 1998 Cadillac DeVille with 103,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2004 Chrysler Pacifica with 113,000 miles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 2009 Cub Cadet, 54" | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Preference (u) | 8,500.00 | 5,000.00 | | 5,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $117,250.00 $5,000.00 $5,000.09 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-41228   BB   Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HARMON, DAVID C | Date Filed (f) or Converted (c): | 09/15/10 (f) |
| | HARMON, CAREYANN L | 341(a) Meeting Date: | 10/19/10 |
| | | Claims Bar Date: | 01/21/11 |

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-41228 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HARMON, DAVID C | Bank Name: | The Bank of New York Mellon |
| | HARMON, CAREYANN L | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******2984 | | |
| For Period Ending: | 05/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | 9 | David C. Harmon | per court order of January 28, 2011 | 1241-000 | 2,500.00 | | 2,500.00 |
| | | Careyann Harmon | DEPOSIT CHECK #2410 | | | | |
| | | 2953 Mauro Avenue | | | | | |
| | | LaSalle, IL  61301 | | | | | |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,500.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,500.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,500.05 |
| 07/18/11 | 9 | David C. Harmon | Per court order of  January 28, 2011 | 1241-000 | 2,500.00 | | 5,000.05 |
| | | Careyann Harmon | DEPOSIT CHECK #2444 | | | | |
| | | 2953 Mauro AVenue | | | | | |
| | | LaSalle, IL  61301 | | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,000.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.34 | 4,993.73 |
| 08/19/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 4,993.75 |
| 08/19/11 | | To Acct #*******7066 | | 9999-000 | | 4,993.75 | 0.00 |

| | | | | COLUMN TOTALS | 5,000.09 | 5,000.09 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less:  Bank Transfers/CD's | 0.00 | 4,993.75 | |
| | | | | Subtotal | 5,000.09 | 6.34 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 5,000.09 | 6.34 | |

Page Subtotals    5,000.09    5,000.09

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-41228 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | HARMON, DAVID C | | Bank Name: | The Bank of New York Mellon |
| | HARMON, CAREYANN L | | Account Number / CD #: | *******7066 Checking Account |
| Taxpayer ID No: | *******2984 | | | |
| For Period Ending: | 05/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/11 | | From Acct #*******7065 | | 9999-000 | 4,993.75 | | 4,993.75 |
| 01/26/12 | | Transfer to Acct #*******3341 | Bank Funds Transfer | 9999-000 | | 4,993.75 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,993.75 | 4,993.75 | 0.00 |
| Less: Bank Transfers/CD's | 4,993.75 | 4,993.75 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  4,993.75  4,993.75

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41228 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HARMON, DAVID C | Bank Name: | Congressional Bank |
| | HARMON, CAREYANN L | Account Number / CD #: | *******3341 Checking Account |
| Taxpayer ID No: | *******2984 | | |
| For Period Ending: | 05/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7066 | Bank Funds Transfer | 9999-000 | 4,993.75 | | 4,993.75 |
| 04/20/12 | 001001 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Trustee Expenses | 2200-000 | | 106.00 | 4,887.75 |
| 04/20/12 | 001002 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 | | 1,250.01 | 3,637.74 |
| 04/20/12 | 001003 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Fashion Bug,PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 1, Payment 17.40316% | 7100-000 | | 417.34 | 3,220.40 |
| 04/20/12 | 001004 | Physician Services of MCH<br>1315 Memorial Dr<br>Mendota, IL 61342-1447 | Claim 2, Payment 17.40000% | 7100-000 | | 17.40 | 3,203.00 |
| 04/20/12 | 001005 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124 | Claim 3, Payment 17.40305% | 7100-000 | | 1,005.12 | 2,197.88 |
| 04/20/12 | 001006 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 4, Payment 17.40347% | 7100-000 | | 82.75 | 2,115.13 |
| 04/20/12 | 001007 | Peru Medical Center<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 5, Payment 17.40395% | 7100-000 | | 80.81 | 2,034.32 |
| 04/20/12 | 001008 | Hospital Radiology<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 6, Payment 17.40305% | 7100-000 | | 165.59 | 1,868.73 |
| | | | Page Subtotals | | 4,993.75 | 3,125.02 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Case 10-41228 Doc 40 Filed 05/14/12 Entered 05/14/12 13:47:10 Desc Main
Document Page 12 of 14

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41228 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HARMON, DAVID C | Bank Name: | Congressional Bank |
| | HARMON, CAREYANN L | Account Number / CD #: | *******3341 Checking Account |
| Taxpayer ID No: | *******2984 | | |
| For Period Ending: | 05/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 001009 | Illinois Valley Community Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 7, Payment 17.40304% | 7100-000 | | 1,301.69 | 567.04 |
| 04/20/12 | 001010 | Illinois Valley Pathologist<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 8, Payment 17.40662% | 7100-000 | | 17.29 | 549.75 |
| 04/20/12 | 001011 | Insight Communications<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 9, Payment 17.40520% | 7100-000 | | 39.75 | 510.00 |
| 04/20/12 | 001012 | Ruben Santos MD<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 10, Payment 17.40049% | 7100-000 | | 48.57 | 461.43 |
| 04/20/12 | 001013 | Hometown National Bank<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 11, Payment 17.40357% | 7100-000 | | 103.60 | 357.83 |
| 04/20/12 | 001014 | St Margarets Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 12, Payment 17.40282% | 7100-000 | | 149.13 | 208.70 |
| 04/20/12 | 001015 | Perry Home Medical Supply<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 13, Payment 17.40431% | 7100-000 | | 66.93 | 141.77 |
| 04/20/12 | 001016 | Eye Care Professionals<br>c/o Collection Professionals Inc. | Claim 14, Payment 17.39724% | 7100-000 | | 15.28 | 126.49 |

Page Subtotals    0.00    1,742.24

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41228 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HARMON, DAVID C | | Bank Name: | Congressional Bank |
| | HARMON, CAREYANN L | | Account Number / CD #: | *******3341 Checking Account |
| Taxpayer ID No: | *******2984 | | | |
| For Period Ending: | 05/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 001017 | P.O. Box 416<br>Lasalle, IL 61301<br>Perry Memorial Hospital | Claim 15, Payment 17.40201% | 7100-000 | | 57.94 | 68.55 |
| 04/20/12 | 001018 | c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301<br>J's Video & TV | Claim 16, Payment 17.40447% | 7100-000 | | 51.15 | 17.40 |
| 04/20/12 | 001019 | c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301<br>Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford, IL 61108 | Claim 17, Payment 17.40000% | 7100-000 | | 17.40 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,993.75 | 4,993.75 | 0.00 |
| Less: Bank Transfers/CD's | 4,993.75 | 0.00 | |
| Subtotal | 0.00 | 4,993.75 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,993.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7065 | 5,000.09 | 6.34 | 0.00 |
| Checking Account - ********7066 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********3341 | 0.00 | 4,993.75 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.09 | 5,000.09 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    126.49

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-41228 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HARMON, DAVID C | | Bank Name: | Congressional Bank |
| | HARMON, CAREYANN L | | Account Number / CD #: | *******3341  Checking Account |
| Taxpayer ID No: | *******2984 | | | |
| For Period Ending: | 05/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********7065

Checking Account - ********7066

Checking Account - ********3341

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*